**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| SHAHIN MAYSOON | ) Case No.: 00-04389-TUC-EWH |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
|---|---|---|---|
| 137556 | 11/26/2008 | DELL FINANCIAL SERVICES<br>14050 SUMMIT DRIVE<br>BLDG A SUITE 101<br>AUSTIN, TX 78728 | $50.48 |
| | | **Total** | **$50.48** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $50.48 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Case 4:00-bk-04389-EWH    Doc 65    Filed 08/25/09    Entered 08/25/09 11:01:11    Desc
Main Document    Page 1 of 1